O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VILLANUEVA, | Case No. CV 12-10678 DDP (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, Jr., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 17, 2014

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE